**FILED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## In The United States District Court
## In The District Of Columbia.

Ambrose O. Esogbue, 25147-013
Plaintiff, Pro-se      FDC
                       POB 5010
V.                     Oakdale, LA 71463

Department Of Homeland Security,
And Immigration & Customs
Enforcement, Defendants.

CASE NUMBER  1:06CV01895

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 11/0  **CASE RE-ASSIGNED**

JAN 1 2 2006

TO: **COLLYER, J. RM**

### Complaint.

### Jurisdiction.

This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80, as hereafter more fully applies.

Jurisdiction is also conferred upon this Honrable Court pursuant to 28 U.S. C. §1346(c).

Pursuant to 28 U.S.C. §2675(a), the claim set forth herein was presented to the bureau of Immigration And Customs Enforcement in November of 2005.

The Bureau of Immigration And Customs Enforcement denied the  Plaintiff's calim on April 25, 2006, without giving any reason for the denial, See exhibit A.

### Venue.

Venue is proper in the District Of Columbia, pursuant to 28 U.S.C. §1402(b), because the defendant Michael Chertoff resides and does business in the District Of Columbia.

**RECEIVED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Parties.

Plaintiff Ambrose O. Esogbue, is a citizen of Nigeria. Plaintiff resided in the Plaquemines Parish Detention Center, a sub-urb of New Orleans, as an ICE detainee, but plaintiff now resides at the Federal Detention Center, in Oakdale, Louisiana. The ICE denied the clain in South Burlington, Vermont.

## Facts.

On August 27th., 2005, the authorities at the Plaquemines Parish Detention Center, on instructions from B.I.C.E., ordered the detainees including the Plaintiff, in their custody, to prepare for evacuation, due to the then approaching Hurricane Katrina. Please see exhibit B, for a declaration of Plaintiff, signed by the applicable detainees in his tank. Exhibit B details the sequence of events on that day.

The Plaintiff and the other detainees were ordered to leave their property behind, and the order was vehemently objected to. Just before the actual evacuation, the official of the P.P.D.C. allowed the detainees to take along with them, no more than an envelope of legal documents. The officers named in exhibit B, declared to the detainees that the order disaalowing us to take our property came form the ICE.

The officers at the Plaquemines Detention Center, under the leadership of Sgt. K. Williams, were performing their duties under contract with the B.I.C.E.

When the evacuation officers from Tensas Parish Detention

-2-

(T.P.D.C.) got to P.P.D.C., to evacuate the detainees, they ensured that items such the Holy Bible was not taken. The Plaintiff wo is an ordained minister who prior to that had not gone anywhere without his bible protested, but was specifically ordered by Leutenant Matthews of T.P.D.C. to leave his bible behind.

When on August 27, 2005, the detention officers ordered the plantiff to leave his property behind, they were respresenting the B.I.C.E., who in turn represented the Department Of Homeland Security, which is an arm of the United States government..

As a result of the Defendant's order, supra, the Plaintiff suffered the losses itemized in the attached **exhibit C.** .

On August 28, 2005, the Hurricane Katrina descended on the city of New Orleans, and the Plaquemines Parish Detention Center was totally destroyed along with the properties of the evacuated detainees and the Plaintiff's.

On or about October 25th., 2005, two representatives of the BICE Regional Office in New Orleans, delivered tort claims forms to the detainees including the plaintiff, and invited us to execute our tort claim. Plaintiff's tort claim form was completed and submitted to the institutional Chaplain for onward transmission to a Mr. Beemer at the New Orleans, Office of ICE.. Three months later, with no response from the New Orleans ICE, and with a lt of the detentionees being deported, Plaintiff filed the same to the Washington Office of the Attorney General, who forwarded same to the BICE in Washington, D.C. See **Exhibit D,** for the filed claim.

On April 25, 2006, the ICE through its offices at South Burlington, Vermont denied the Plaintiff's calim without any reasons.

In the mean time, the Defendant continues relentlessly attempting to deport the Petitioner while refusing to settle the Plaintiff's claim. Petitioner also sufferred the loss of all his property in his home in New Orleans.

The Defendant should be held liable to the plaintiff under the laws of the District Of Columbia, and under the laws of the United States.

### Prayer.

Wherefore Plaintiff demands judgment against Defendant in the sum of $4,459.51, and whatever it deems fit to apply to the " priceless items" itemised in his declaration exhibit C. and costs.

Executed on this the 22nd. day of September, 2006.

Respectfully submitted,

BY: _____
    Ambrose O. Esogbue, #21547-013
    Federal Detention Center
    P.O. Box 5010
    Oakdale, LA 71463.

## Certificate Of Service.

I, Ambrose O. Esobgue, declare under pain and penalty of perjury that the foregoing were served on the Defendants, United States Immigration And Custom's Enforcement, and the Department Of Homeland Security, by placing them on the inmates' outgoing mail, postage pre-paid. to the following addresses: B.I.C.E., 425 I Street, NW, Washington D.C. 20536, and U.S.D.H.S., Washington, DC 20528.

Executed on this the 25th. day of September, 2006.


Respectfully,

BY: _____
    Ambrose O. Esogbue, Pro-se.

**EXHIBIT A.**



**Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

90/16.1

Office of the Principal Legal Advisor        70 Kimball Avenue
South Burlington, Vermont 05403

April 25, 2006

Mr. Ambrose O. Esogbue
FDC Oakdale
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

Re: Claim for damages

Dear Mr. Esogbue:

The administrative claim you filed against the Department of Homeland Security has been denied. This letter is furnished as notice that the claim has been considered and has been denied.

If you wish to file suit against the United States to recover any alleged damages or expenses incurred, pursuant to 28 USC § 2401(b) you must do so in the appropriate United States District Court no later than six months after the date of mailing of this letter.

Sincerely,

Scott A. Whitted
Associate Legal Advisor

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**06 1895**

**FILED**

NOV - 7 2006

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

**EXHIBIT B.**

# DECLARATION BASED ON INCIDENTS DURING EVACUATION OF I.C.E. DETAINEES OF "F" DORM AT P.P.D.C. DURING HURRICANE KATRINA.

The undersigned declare under pain and penalty of perjury, that the statement below is correct, and true.

At approximately 7 A.M. on Saturday, the 27th of August, 2005, the officers of Plaquemine Parish Detention Center, instructed all the detainees of "F" dormitory to pack up all their belongings in preparation to move. Officers Mike, Bob, and Victor instructed us that we must not take anything with us, including our legal documents.

We objected in unison, and after several hours, officers Bob, Mike, and Victor informed us that we could along our legal documents, but only limited to us to no more than two envelopes. We were kept in preparedness mode until approximately 7 P.M. on 8-27-05, when the transportation crew from Tensas Parish Detention Center, ordered us to line up for our move to Waterproof, Louisiana.

When we lined up to be evacuated, officers from Tensas Parish Detention Center became very aggressive and belligerent, and ordered us to take back everything that was not legal briefs, and cases, our wallets and address books, bibles, etc. We protested and advised them that we needed the items we were traveling with, but the Lieutenant Matthews from Tensas Parish Detention Center declared unequivocally to us that he was in charge and that what was command would stand.

While the officers from Tensas were stripping us of our necessary properties, Cpl. Jolly, Sgt. Williams, and Lt. Williams all of P.P.D.C., were delightfully watching them frustrate us.

**FILED**

06 1895

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

We finally succumbed to their aggressive tactics, and were only able to leave with minor legal papers. On getting to the bus however, we realized that the bus had more than ample space on a side compartment of the bus, to carry all our belongings, had they allowed us to take them.

Because of this stubborn and unnecessary refusal to accommodate our needs, we lost not only our legal documents, but all our belongings accumulated over the period we have been detained. Many of us have lost family documents, pictures, and items that are priceless, because of this arbitrary acts of the officers from both Tensas Parish Detention Center, Plaquemine Detention Center, and the B.I.C.E. who placed us in their custody.

Because of the difficulty this loss of our legal documents will cause us in our future efforts to execute our legal briefs, we have written the foregoing for informational purpose.

The undersigned again declare that the foregoing is true and correct to the best of our knowledge.

Executed on this the 2nd day of September, 2005.

### F – Dorm Detainees Signatures:

| Names | Signature | Alien Number |
|---|---|---|
| 1. Ambrose O. Esogbue | | A# 20-667-387 |
| 2. Alexander A. Oyenuga | | A# 20-750-982 |
| 3. Andrew S. Hango | | A# 76-029-374 |
| 4. Victor Iwuoha | | A# 28-388-262 |
| 5. Fernando Puga | | A# 97-845-622 |
| 6. Sun Dao Wen | | A# 72-435-670 |
| 7. Xue Zhong Zhong | | A# 77-354-619 |

| | |
|---|---|
| 8. Jesus Roman | A# 24-780-497 |
| 9. Juan C. Castillo | A# 98-501-056 |
| 10. Rene Dure | A# 38-762-600 |
| 11. Adebanzo Adetole | A# 96-028-178 |
| 12. Jamal Awad | A# 72-451-734 |
| 13. Kakhaber Patashuki | A# 96-021-309 |
| 14. Jorge Carcia | A# 98-501-060 |
| 15. Ambassador Tsegay | A# 15-575-923 |
| 16. Akinosho Olufunlayo A. | A# 26-268-009 |
| 17. Angel Brancos Ortis | A# 98-501-061 |
| 18. Alberto Esparza | A# 43-774-407 |
| 19. Jose Allantura | A# 78-987-165 |

**EXHIBIT C.**

# DECLARATION

I, **Ambrose O. Esogbue**, declare under pain and penalty of perjury, that the items listed below, inter-alia, were left behind at the Plaquemine Parish Detention Center, by the order of transportation officers,  as we were evacuated during the advance of hurricane Katrina. I further declare that this declaration is true and correct, to the best of my knowledge:

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| | **FOOD ITEMS** | | | |
| 1. | Soups | $ .65 each | 7 | $ 4.55 |
| 2. | Pepsi | $ 1.29 each | 2 | $ 2.58 |
| 3. | Hawaian | $ 1.29 each | 2 | $ 2.58 |
| 4. | Honey Buns | $ .85 each | 2 | $ 1.70 |
| 5. | Snickers Candy | $ .80 each | 2 | $ 1.60 |

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| | **BOOKS** | | | |
| 1. | Federal Rules For Civil Procedures | $ 90.00 | 1 | $ 90.00 |
| 2. | National Immigration Laws and Regulations | $ 300.00 | 1 | $ 300.00 |
| 3. | Immigration Law and Crimes | $275.00 | 1 | $275.00 |
| 4. | United States Courts | $ 20.00 | 1 | $ 20.00 |
| 5. | Benders Immigration & Nationality Act (2000 Edition) | $75.00 | 1 | $75.00 |

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| | **RELIGIOUS BOOKS** | | | |
| 1. | Holy Bibles – Kenneth Copeland | $ 65.00 | 1 | $ 65.00 |
| 2. | The Gospel of St. John | $ 10.00 | 1 | $ 10.00 |
| 3. | Bible Teaching Material | $ 150.00 | 1 | $ 150.00 |
| 4. | Record of Church Attendance | 0 | 1 | 0 |
| 5. | Various Christian Help books | Donation | 1 | |

**FILED**

06 1895    NOV – 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| | **PERSONAL ITEMS** | | | |
| 1. | Address Book with $ 60.00 money order inside | $ 60.00 | 1 | $ 60.00 |
| 2. | Wallet in property location | $50.00 | 1 | $50.00 |
| 3. | Shoes | $100.00 | 3 pairs | $300.00 |
| 4. | Dress Shirts – Chiang of New York | $ 100.00 | 3 | $ 300.00 |
| 5. | Suits | $ 500.00 | 3 | $ 1500.00 |

1

| 6. | Pants | | 1 | |
|----|-------|------|------|------|
| 7. | Underwear | | Several Pairs | |
| 8. | Preaching Silk Dress/Robe, and Pants | $ 500.00 | 1 | $ 500.00 |
| 9. | Silk Neck Ties | $ 50.00 | 10 | $ 500.00 |
| 10. | RCA Radio and Headphones | $ 25.00 | 1 | $25.00 |
| 11. | CD's – Worship Songs | ~ $ 12.95 | 10 | $ 129.50 |
| 12. | Phone Card with $ 7.00 and $ 5.00 | $ 12.00 | 2 | $ 12.00 |
| 13. | CD Player | $ 25.00 | 1 | $ 25.00 |

| CASH | |
|------|------|
| $ 60.00 Money Order in my add book | Total $ 60.00 |

**Total Loss: $ 4459. 51**

| PRICELESS ITEMS | |
|-----|------|
| **No.** | **Item** |
| 1. | Ordination Certificate |
| 2. | MBA degree from the University of Colorado |
| 3. | Marriage Certificate |
| 4. | Daughters Birth Certificate |
| 5. | Wife's Birth certificate |
| 6. | Certificate of Incorporation-Unity In Christ Through Love |
| 7. | Ministry |
| 8. | Letters from Christian Ministries Attesting to my character |
| 9. | Disks of legal briefs, letter etc. |
| 10. | Local Rules For The Fifth Circuit |
| 11. | Local Rules For The Third Circuit |
| 12. | Indispensable records of exhibits, motions etc. |
| 13. | Indispensable legal records accumulated since 1996 |

*Ambrose O. Esogbue*

Ambrose O. Esogbue

State of Louisiana
Parish of Allen

**NOTARY** Sworn to and subscribed before me,

Executed on this the 13th day of _November_, 2005.

_Ros Hawa_ #27262
Signature of Notary

**SEAL**

My Commission Expires _at death_

2

**EXHIBIT D.**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**

FEDERAL EMMERGENCY AND MANAGEMENT ADM.

OR

DHS/ICE

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)**

AMBROSE O. ESOGBUE c/o JILL ESOGBUE
10948 E. 61st SOUTH, APT. 1115,
TULSA, OK 74133

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | | | | |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

I WAS DETAINED BY ICE AT THE PLAQUEMINES PARISH DETENTION CENTER. WE WERE EVACUATED AND COMPELLED TO LEAVE OUR PROPERTIES BEHIND. PLEASE SEE TWO ATTACHED DECLARATIONS: (1) DETAILS EVENTS THAT OCCURRED DURING EVACUATION, THE OTHER DETAILS MY ITEMIZED LOSSES. THE SECTION TERMED "PRICELESS" MAY BE REPLACED AT A COST OF $500.00 IF I AM NOT DEPORTED, BUT COULD ESCALATE TO $3,000.00 TO $4,000.00 DUE TO LOGISTICS.

**9. PROPERTY DAMAGE**

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code)

PLAQUEMINES PARISH, 110 PRISON ROAD, BRAITHWAITE, LA 70040

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side.)

PLEASE SEE ONE OF THE ATTACHED DECLARATIONS FOR A DESCRIPTION OF THE LOSSES.

**10. PERSONAL INJURY/WRONGFUL DEATH**

**STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.**

NO INJURY INVOLVED, ONLY TOTAL LOSS OF PROPERTY.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| SGT. KAY WILLIAMS OF P.P.D.C. | 110 PRISON ROAD, BRAITHWAITE, LA 70040 |
| LT. MATTHEWS OF P.P.D.C. AND MANY OTHER OFFICERS. | 8606 HWY. 65, WATERPROOF, LA 71375. |

**12. (See instructions on reverse.)  AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $4,459.51 SEE ADD # 8 ABOVE. | N/A | N/A | $4,459.51 ADD.SEE # 8 ABOVE |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Ambrose O. Esogbue | (918) 695-8328 | 11/1/05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-108
Previous editions not usable.
Designed using Perform Pro, WHS/DIOR, Jun 98

NSN 7540-00-634-4046

**FILED**

NOV - 7 2006

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

06 1895

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. **Authority:** The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose:** The information requested is to be used in evaluating claims.

C. **Routine Uses:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

### Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to: Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No |
|---|

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|

| 18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? It is necessary that you ascertain these facts |
|---|

| 19. Do you carry public liability and property damage insurance? ☐ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) ☐ No |
|---|

SF 95 (Rev. 7-85) BACK

# DECLARATION

I, **Ambrose O. Esogbue**, declare under pain and penalty of perjury, that the items listed below, inter-alia, were left behind at the Plaquemine Parish Detention Center, by the order of transportation officers, as we were evacuated during the advance of hurricane Katrina. I further declare that this declaration is true and correct, to the best of my knowledge:

## FOOD ITEMS

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| 1. | Soups | $ .65 each | 7 | $ 4.55 |
| 2. | Pepsi | $ 1.29 each | 2 | $ 2.58 |
| 3. | Hawaian | $ 1.29 each | 2 | $ 2.58 |
| 4. | Honey Buns | $ .85 each | 2 | $ 1.70 |
| 5. | Snickers Candy | $ .80 each | 2 | $ 1.60 |

## BOOKS

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| 1. | Federal Rules For Civil Procedures | $ 90.00 | 1 | $ 90.00 |
| 2. | National Immigration Laws and Regulations | $ 300.00 | 1 | $ 300.00 |
| 3. | Immigration Law and Crimes | $275.00 | 1 | $275.00 |
| 4. | United States Courts | $ 20.00 | 1 | $ 20.00 |
| 5. | Benders Immigration & Nationality Act (2000 Edition) | $75.00 | 1 | $75.00 |

## RELIGIOUS BOOKS

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| 1. | Holy Bibles – Kenneth Copeland | $ 65.00 | 1 | $ 65.00 |
| 2. | The Gospel of St. John | $ 10.00 | 1 | $ 10.00 |
| 3. | Bible Teaching Material | $ 150.00 | 1 | $ 150.00 |
| 4. | Record of Church Attendance | 0 | 1 | 0 |
| 5. | Various Christian Help books | Donation | 1 | 0 |

## PERSONAL ITEMS

| No. | Item | Value | Quantity | Total |
|-----|------|-------|----------|-------|
| 1. | Address Book with $ 60.00 money order inside | $ 60.00 | 1 | $ 60.00 |
| 2. | Wallet in property location | $50.00 | 1 | $50.00 |
| 3. | Shoes | $100.00 | 3 pairs | $300.00 |
| 4. | Dress Shirts – Chiang of New York | $ 100.00 | 3 | $ 300.00 |
| 5. | Suits | $ 500.00 | 3 | $ 1500.00 |

| 6. | Pants | | 1 | |
|----|-------|---|---|---|
| 7. | Underwear | | Several Pairs | |
| 8. | Preaching Silk Dress/Robe, and Pants | $ 500.00 | 1 | $ 500.00 |
| 9. | Silk Neck Ties | $ 50.00 | 10 | $ 500.00 |
| 10. | RCA Radio and Headphones | $ 25.00 | 1 | $25.00 |
| 11. | CD's – Worship Songs | ~ $ 12.95 | 10 | $ 129.50 |
| 12. | Phone Card with $ 7.00 and $ 5.00 | $ 12.00 | 2 | $ 12.00 |
| 13. | CD Player | $ 25.00 | 1 | $ 25.00 |

| CASH | |
|------|------|
| $ 60.00 Money Order in my add book | Total $ 60.00 |

**Total Loss: $ 4459. 51**

## PRICELESS ITEMS

| No. | Item |
|-----|------|
| 1. | Ordination Certificate |
| 2. | MBA degree from the University of Colorado |
| 3. | Marriage Certificate |
| 4. | Daughters Birth Certificate |
| 5. | Wife's Birth certificate |
| 6. | Certificate of Incorporation-Unity In Christ Through Love |
| 7 | Ministry |
| 8. | Letters from Christian Ministries Attesting to my character |
| 9. | Disks of legal briefs, letter etc. |
| 10. | Local Rules For The Fifth Circuit |
| 11. | Local Rules For The Third Circuit |
| 12. | Indispensable records of exhibits, motions etc. |
| 13. | Indispensable legal records accumulated since 1996 |

*Ambrose O. Esogbue*

Ambrose O. Esogbue

**NOTARY**

Executed on this the _____ day of _____, 2005.

_____

Signature of Notary

**SEAL**

My Commission Expires _____

2

# DECLARATION BASED ON INCIDENTS DURING EVACUATION OF I.C.E. DETAINEES OF "F" DORM AT P.P.D.C. DURING HURRICANE KATRINA.

The undersigned declare under pain and penalty of perjury, that the statement below is correct, and true.

At approximately 7 A.M. on Saturday, the 27th of August, 2005, the officers of Plaquemine Parish Detention Center, instructed all the detainees of "F" dormitory to pack up all their belongings in preparation to move. Officers Mike, Bob, and Victor instructed us that we must not take anything with us, including our legal documents.

We objected in unison, and after several hours, officers Bob, Mike, and Victor informed us that we could along our legal documents, but only limited to us to no more than two envelopes. We were kept in preparedness mode until approximately 7 P.M. on 8-27-05, when the transportation crew from Tensas Parish Detention Center, ordered us to line up for our move to Waterproof, Louisiana.

When we lined up to be evacuated, officers from Tensas Parish Detention Center became very aggressive and belligerent, and ordered us to take back everything that was not legal briefs, and cases, our wallets and address books, bibles, etc. We protested and advised them that we needed the items we were traveling with, but the Lieutenant Matthews from Tensas Parish Detention Center declared unequivocally to us that he was in charge and that what was command would stand.

While the officers from Tensas were stripping us of our necessary properties, Cpl. Jolly, Sgt. Williams, and Lt. Williams all of P.P.D.C., were delightfully watching them frustrate us.

1

We finally succumbed to their aggressive tactics, and were only able to leave with minor legal papers. On getting to the bus however, we realized that the bus had more than ample space on a side compartment of the bus, to carry all our belongings, had they allowed us to take them.

Because of this stubborn and unnecessary refusal to accommodate our needs, we lost not only our legal documents, but all our belongings accumulated over the period we have been detained. Many of us have lost family documents, pictures, and items that are priceless, because of this arbitrary acts of the officers from both Tensas Parish Detention Center, Plaquemine Detention Center, and the B.I.C.E. who placed us in their custody.

Because of the difficulty this loss of our legal documents will cause us in our future efforts to execute our legal briefs, we have written the foregoing for informational purpose.

The undersigned again declare that the foregoing is true and correct to the best of our knowledge.

Executed on this the 2nd day of September, 2005.

## F – Dorm Detainees Signatures:

| Names | Signature | Alien Number |
|---|---|---|
| 1. Ambrose O. Esogbue | | A# 20-667-387 |
| 2. Alexander A. Oyenuga | | A# 20-750-982 |
| 3. Andrew S. Hango | | A# 76-029-374 |
| 4. Victor Iwuoha | | A# 28-388-262 |
| 5. Fernando Puga | | A# 97-845-622 |
| 6. Sun Dao Wen | | A# 72-435-670 |
| 7. Xue Zhong Zhong | | A# 77-354-619 |

| 8. Jesus Roman | A# 24-780-497 |
| 9. Juan C. Castillo | A# 98-501-056 |
| 10. Rene Dure | A# 38-762-600 |
| 11. Adebanzo Adetole | A# 96-028-178 |
| 12. Jamal Awad | A# 72-451-734 |
| 13. Kakhaber Patashuki | A# 96-021-309 |
| 14. Jorge Carcia | A# 98-501-060 |
| 15. Ambassador Tsegay | A# 15-575-923 |
| 16. Akinosho Olufunlayo A. | A# 26-268-009 |
| 17. Angel Brancos Ortis | A# 98-501-061 |
| 18. Alberto Esparza | A# 43-774-407 |
| 19. Jose Allantura | A# 78-987-165 |

*Ambrose O. Esogbue*

3

Executed on this the 2nd. Day of September, 2005.


## F Dorm Detainees Signatures:

| Names | Alien Nos. |
|-------|-----------|
| 1) Ambrose O. Esogbue | A20677387 |
| 2.) Ali Xander A. Yenuga | A2075102 |
| 3). Andrew S. Hango | A76029374 |
| | A28388262 |
| 4). Victor Inuoha | |
| 5) Fernando Puga | A97845622 |
| 6) Sun Dao Lea | A72475670 |
| 7) Xue Zhong Zhong | A77354619 |
| 8) Jesus Roman | A-24780497 |
| 9) Juan C. Castillo | A98501056. |
| 10) Rene Jure | A38762600 |
| 11) Adebanso Adetola | A96028178 |
| 12) Jamal Awad | 72451734 |
| 13) Kakhaber Patashuri | A96021309 |
| 14) Jorge Garcia | A98501060 |
| 15) Ambassador Tsegay | A15575923 |
| 16) Akinoshu Olufunlayo. A | A2626800J. |
| 17) Angel Brancas-Ortis | A98501061 |
| 18) Alberto Esparza | A43-714-407. |
| 19) Jose Allantura | A78987164 |

Sworn to and subscribed before me, notary this the 20th day September, 2005

Brenda Y Goodwin #64834
Ex Officio Notary T.P.S.O.

3