UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AMBROSE O. ESOGBUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1895 |
| | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is plaintiff's "Motion to Reconsider Court's Order Filed on November 7th., 2006." It appears that plaintiff is a detainee in the custody of the Bureau of Immigration and Customs Enforcement pending his removal to Nigeria. Thus, he is not a prisoner for purposes of the Prison Litigation Reform Act, *see* 28 U.S.C. § 1915, and need not submit a certified copy of his trust fund account statement. *See LaFontant v. Immigration and Naturalization Serv.*, 135 F.3d 158, 165 (D.C. Cir. 1998) (where petitioner seeking review of deportation order is detained by Attorney General for deportation purposes, he is an alien detainee, not a prisoner); *Ojo v. Immigration and Naturalization Serv.*, 106 F.3d 680, 683 (5th Cir. 1997) (holding that "the PLRA does not bring alien detainees within its sweep," such that filing fee provisions did not apply to deportee's habeas action). Having reviewed plaintiff's application to proceed *in forma pauperis*, the Court concludes that plaintiff is unable to pay the filing fee in full, and the application will be granted.

Accordingly, it is hereby

ORDERED that plaintiff's "Motion to Reconsider Court's Order Filed on November 7th.,

2006" is GRANTED, and the November 7, 2006 Order [Dkt. #3] is VACATED. It is further

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is GRANTED. It is further

ORDERED that the Clerk of Court shall randomly assign this case to a judge for further proceedings.

SO ORDERED.

*Gladys Kessler*
United States District Judge

Date: Dec. 13, 2006