Ambrose O. Esogbue
C/o Mrs. Jill Esogbue
10964 E 61st Street, Apt. 1724
Tulsa, OK 74133

Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue
Washington, DC 20004

RE:  Change Of Address
     Case No. 06-1985

Dear Sir/Madam,
     Please take notice of the change of address in the case referenced above and forward all future orders of the court to this address:

Ambrose O. Esogbue
C/o Mrs. Jill Esogbue
10947 E. 61st. Street S, #1746
Tulsa, OK 74133

Respectfully submitted,
Ambrose O. Esogbue

RECEIVED

JAN 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT