UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1895 (RMC) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133

on this 15th day of March, 2007.

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895