UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1895 (RMC) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DEFENDANT'S MOTION AND PROPOSED SCHEDULE FOR
ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an enlargement of time to file its answer or dispositive motion in this case. Since pro se plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[2] See Compl. caption. Plaintiff raises various claims under the Federal Tort Claims Act, 28 U.S.C. § 2675(a). Defendant requests an enlargement of time of seven days to answer or otherwise respond to the Complaint, up to and including May 7, 2007. The grounds for this request are as follows:

    a.    The undersigned counsel began working at the U.S. Attorney's Office on February

---

[1] In making this motion for an extension of time, defendant does not waive any defense available to it under Fed. R. Civ. P. 12 or otherwise, all of which are expressly preserved.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing pro se. It does not require counsel to discuss those motions with incarcerated pro se parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

      28, 2007, and has been assigned to this case, with the answer currently due on April 30, 2007. The undersigned counsel will need the requested time to familiarize herself with the case and to coordinate the government's response with the federal agency defendant.

    b.    Prior to responding to the Complaint, the undersigned counsel will need additional time to work with the defendant agency in order to gather the factual information required to respond to the Complaint, including whether plaintiff has exhausted all of his administrative remedies.

    c.    In addition, the defendant anticipates filing a dispositive motion in lieu of an answer. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

    d.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the dispositive motion that defendant anticipates filing, it would dispose of this case without the cost and time of further litigation.

Defendant respectfully proposes the briefing schedule set forth below. The proposed schedule includes time for defendant to prepare any factual materials necessary for defendant's anticipated dispositive motion, and also includes time for the undersigned counsel of record to review defendant's factual materials and to prepare and file the expected dispositive motion.

    For these reasons, defendant proposes the following schedule:

        Defendant's dispositive motion filed by May 7, 2007.

        Plaintiff's opposition to defendant's motion, if any, by June 7, 2007.

Defendant's reply to plaintiff's opposition, if any, by June 21, 2007.

Accordingly, defendant respectfully requests that the Motion be granted, and that the Court enter the schedule set forth above. A proposed order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

         s/Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

         s/Sherease Louis
        SHEREASE LOUIS, N.Y. BAR # SL 7322
        Special Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of April 2007, a true and correct copy of the foregoing motion and proposed order were served upon pro se plaintiff **AMBROSE ESCOGBUE**, via First Class prepaid postage as follows:

    **AMBROSE O. ESOGBUE**
    c/o Mrs. Jill Esogbue
    10947 East 61st Street S
    Apartment # 1746
    Tulsa, OK 74133

    /s Sherease Louis
    SHEREASE LOUIS
    Special Assistant United States Attorney
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W.,
    Washington, D.C. 20530
    (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1895 (RMC) |

ORDER

UPON CONSIDERATION of *Defendant's Motion and Proposed Schedule for Enlargement of Time to Answer or Otherwise Respond to Complaint*, and the entire record herein, for good cause shown, it is by the Court, ORDERED that the parties comply with the following schedule for the briefing of a dispositive motion in this case:

Defendant's dispositive motion filed by May 7, 2007.

Plaintiff's opposition to defendant's motion, if any, by June 7, 2007.

Defendants' reply to plaintiff's opposition, if any, by June 21, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copy to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133