In the United States District Court
For The District of Columbia

Ambrose O. Esogbue,
Plaintiff, Pro-se

Civil Case No.06-1895 (RMC)

Vs

Department of Homeland Security, et al
Defendants

### Plaintiff's Motion For Extension Of Time.

Now comes the Pro-se Plaintiff in the above-captioned cause, and respectfully moves this Honorable Court for extension of time, for reasons infra:

1. The Defendant deported the plaintiff to Nigeria on 12-13-06.
2. The banishment of Plaintiff to a country he left over 36 years ago, with no know Contact has created a nightmarish logistical challenge, e.g. plaintiff has no mailing address, and no access to his own computer or typewriter.
3. The Court's order of May 8th. 2007 requiring plaintiff to respond by June 8th. 2007, was received by the plaintiff's wife in Tulsa, Oklahoma on 05-19-07.
4. The Courts order was received by the Plaintiff via a paid Internet café, in another city on 5-22-07.
5. The Defendant's motion to dismiss, which was filed on or about 5-07-07, was received by the plaintiff's wife 5-15-07.
6. Hitherto, the plaintiff has not received the entirety of the defendant's motion to dismiss, especially the exhibits, due to the logistical impairment resulting from Plaintiff's deportation.
7. Because the plaintiff has to rely on the use of unreliable computer system in another village to access information, type, edit and email to his wife in Tulsa, Oklahoma for onward transmission to this Court, he is compel to request an extension of time to June 15th, 2007.

### Prayer.

For the foregoing reasons and good cause shown, and such other good cause not mentioned, this Honorable Court is respectfully asked to grant this motion for extension of time to June 5th. 2007.
Executed on this the 31st day of May, 2007.
Respectfully submitted,

*Ambrose O. Esogbue*
Ambrose O. Esogbue,
Pro-se Plaintiff
Phone: 234-08061679824

**RECEIVED**
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate Of Service

I, Ambrose O. Esogbue, Pro-se plaintiff, declare under pain and penalty of perjury, that the foregoing was mailed to defendants' counsel Sherese Louis, at the U.S. Attorney's office, civil division, at 555 4th Street. N.W., Washington, D.C. 20530. It was mailed via the U.S.P.S. postage prepaid, via Plaintiff's wife.

Executed on this the 31st Day of May 2007.

Respectfully submitted,

BY: *Ambrose O. Esogbue*
Ambrose O. Esogbue, Pro-se
Phone: 234-8061679824
c/o Jill M. Esogbue
10964 East 61st. Street, South, #1724
Tulsa, OK 74133.