United States District Court
District of Columbia

| | |
|---|---|
| Ambrose O. Esogbue,<br>Plaintiff, Pro-se,<br><br>V.<br>Department Of Homeland Security, et al,<br>Defendants | Civil Case No. 06-1895 (RMC) |

RECEIVED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of Motion Requesting Court's Order to Compel the Defendants to Repatriate the Plaintiff to the United States for the purpose of adjudicating this case.

Now comes the plaintiff, in the above-captioned cause and respectfully asks this Honorable Court to order the defendants to repatriate the plaintiff back to the United States, to enable him adjudicate this case in the interest of justice, fairness, and judicial economy.

First the plaintiff respectfully asks this Honorable Court to construe his motion liberally, because he is pro-se, and because he is further disadvantaged by lack of legal resources with which to proceed. The Supreme Court held in **Estelle V. Gamble,** 429 U.S. 92, 99(1976)(Finding that handwritten pro-se document should be liberally construed)**; Haines V. Kerna,** 404 U.S. 519, 520(1972)( Finding that pro-se complaint "no matter how inartfully pleaded" should be held to less stringent standards than those filed by lawyers); **United States V. Sannders**, 373 U.S. 11, 22(1963)( Holding that Pro-se defendant's pleading should not be held to the niceties of lawyers' pleadings or be dismissed because his claims seem unlikely to prove meritorious).

District Courts and Circuit Courts, including this one have held the same, see **Henthorn V. Department of the Navy,** 29 F.3d 682( D.C. Cir.1994)( Pro-se complaints held to less stringent standards than pleadings drafted by lawyers)**, Gochnour**

**V. Marsh,** 754 F.2d1137(5th. Cir. 1985)( " [The Courts] read[s] pro-se pleadings and briefs with tolerance and understanding"); **Acyeman V. INS,** 296 F 3d 871,878 (9th. Cir. 2002)( Court will interprete Pro-se claims liberally).

For the reasons, supra, in addition to the logistical nightmare imposed on the plaintiff by his deportation, this honorable Court is respectfully asked to be patient and compassionate with this motion.

In filing this motion, plaintiff aver the following: 1. That at the time of his deportation, the plaintiff had resided in the United States for over 36 years. 2. That he has been married and still is married to his United States citizen wife, Jill Esogbue for 0ver 33 years. 3. That the marital union which produced a 32 years old daughter, Nwaka C. Esogbue, who is now completing her MBA program remains in tact. 4. That the plaintiff earned his MBA degree from the University of Colorado in 1976. 5. That neither he nor any member of his family, has a history of violence. 6. That it was a failed business transaction of 1990, that resulted in his deportation. 7. That the plaintiff and his wife who also holds a BS degree in Business Management are both ordained Ministers of the Gospel. 8. That the plaintiff's wife now resides in Oklahoma as a refugee, as a result of the devastating effect of Hurricane Katrina. 9. That plaintiff and his wife lost everything left behind while his wife ran for her own life. 10. And that because she fled the city with her car FEMA did not reimburse her for our belongings. 11. That only pursuant to class action court orders, was she reimbursed rental payment. 12. That the $8459.51 sought in his claim, see §§8 and 12(a) of the claims form, are the only asset owned by plaintiff, due to decade long battle with INS/ICE.

The claim sought by plaintiff is indispensable to the plaintiff, if he is to attempt at a new beginning. At the age of 60 deportation to a land to which one has no ties, social or economic is a helpless situation, and it is banishment of the worst kind.

Furthermore plaintiff's social security account contribution, has essentially been seized, and the defendants also seek to deny plaintiff's claim with no just cause. The goodness inherent in the American people should be demonstrated by this Honorable Court, by ordering the defendants to repatriate the plaintiff at their own expense, to afford him an opportunity to litigate this civil matter fairly.

### Prayer

For the foregoing reasons and good cause shown and other such good cause not mentioned, and in the interest of fairness and judicial economy, this Honorable Court is respectfully asked to grant this motion and order the defendants to either settle the claim or repatriate the plaintiff at their expense, and afford him the opportunity to a fair hearing.

Executed on this the 31st day of May 2007.

Respectfully submitted,

BY: _/s/ Ambrose O. Esogbue_

Ambrose O. Esogbue, Pro-se
Phone: 234-806-167-9824
c/o Jill M. Esogbue
10964 E. 61st. St. South, #1724
Tulsa, Ok. 74133.

<u>Certificate Of Service</u>

I, Ambrose O. Esogbue, Pro-se plaintiff, declare under pain and penalty of perjury, that the foregoing was mailed to defendants' counsel Sherese Louis, at the U.S. Attorney's office, civil division, at 555 4th Street. N.W., Washington, D.C. 20530. It was mailed via the U.S.P.S. postage prepaid, via Plaintiff's wife.

Executed on this the 31st Day of May 2007.

Respectfully submitted,

BY: *Ambrose O. Esogbue*
Ambrose O. Esogbue, Pro-se
Phone: 234-8061679824
c/o Jill M. Esogbue
10964 East 61st. Street, South, #1724
Tulsa, OK 74133.