UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMBROSE O. ESOGBUE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1895 (RMC) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| and | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR A ONE WEEK ENLARGEMENT OF
TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE TRANSFER**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a one week enlargement of time within which to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer , from June 21, 2007, up to and including June 28, 2007.  Inasmuch as Plaintiff, *Pro se*, Ambrose O. Esogbue, has been deported to Nigeria, Counsel for the Defendants did not attempt to contact him concerning his position on this motion.[1]  As grounds for this motion, Defendants state additional time is needed to confer with the several agencies involved in this case before they can respond to Plaintiff's Opposition.

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  The Rule does not require counsel to discuss those motions with *pro se* litigants.  Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties.  However, Plaintiff's absence from the country makes such a discussion impractical.

WHEREFORE, Defendants submit that this motion for a one week enlargement of time up to and including June 28, 2007, to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer should be granted.

Dated: June 21, 2007                                       Respectfully submitted,


                                                 Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                 Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                 s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895
sherease.louis@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMBROSE O. ESOGBUE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1895 (RMC) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| and | ) |
| | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Defendants' Motion for a One Week Enlargment of Time to File A Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or in the Alternative Transfer was served upon *pro se* Plaintiff by first class mail addressed to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133

on this 21st day of June, 2007.

Respectfully submitted,

   /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1895 (RMC) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| and ) | |
| ) | |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion for a One Week Enlargement of Time to File a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time , be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including June 28, 2007, to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Sherease Louis
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Ambrose O. Esogbue
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133