UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMBROSE O. ESOGBUE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1895 (RMC) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| and | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR A FURTHER EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE TRANSFER**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to further extend the time within which to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer. Defendants' Reply was due on or about June 21, 2007. Defendants moved for an enlargement of time, until June 28, 2007, to answer or otherwise respond. The Court granted the motion on June 22, 2007.

Defendants now move for a further extension of time of eight days, up to and including July 6, 2007, to file a Reply to Plaintiff's Opposition. Because *pro se* Plaintiff Ambrose O. Esogbue has been deported to Nigeria, Counsel for the Defendants did not attempt to contact him concerning his position on this motion.[1] As grounds for this motion, Defendants state that a

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. However, Plaintiff's absence from the country makes such

Reply has been partially completed but that additional time is needed to confer with the several agencies involved before the Reply can be finalized.

 WHEREFORE, Defendants submit that this motion for a further extension of time of eight days, up to and including July 6, 2007, to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer, should be granted.

Dated: June 25, 2007          Respectfully submitted,

                Jeffrey A. Taylor
             JEFFREY A. TAYLOR, D.C. BAR # 498610
             United States Attorney

                Rudolph Contreras
             RUDOLPH CONTRERAS, D.C. BAR # 434122
             Assistant United States Attorney

                s/Sherease Louis
             SHEREASE LOUIS
             Special Assistant United States Attorney
             United States Attorney's Office
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 307-0895
             sherease.louis@usdoj.gov

---

a discussion impractical.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,**           )<br>                                                                  )<br>             Plaintiff,                              )<br>      v.                                                   )   Civil Action No. 06-1895 (RMC)<br>                                                                  )<br>**DEPARTMENT OF HOMELAND SECURITY,**  )<br>                                                                  )<br>             and                                        )<br>                                                                  )<br>**IMMIGRATION AND CUSTOMS ENFORCEMENT,**  )<br>                                                                  )<br>             Defendants.                        )<br>_____)| |

### Certificate of Service

I hereby certify that I caused a copy of the foregoing Defendants' Motion for a Further Extension of Time to File A Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or in the Alternative Transfer was served upon *pro se* Plaintiff by first class mail addressed to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133

on this 25th day of June, 2007.

Respectfully submitted,

  /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMBROSE O. ESOGBUE,  )<br>  )<br>    Plaintiff,  )<br>  v.  )<br>  )<br>DEPARTMENT OF HOMELAND SECURITY,  )<br>  )<br>    and  )<br>  )<br>IMMIGRATION AND CUSTOMS ENFORCEMENT,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 06-1895 (RMC) |

**ORDER**

Upon consideration of Defendants' Motion for a Further Extension of Time to File a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for a Further Extension of Time of eight days, be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including July 6, 2007, to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or in the Alternative Transfer.

Dated this _____ day of June, 2007.

_____
United States District Judge

Copies to:

Sherease Louis
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Ambrose O. Esogbue
c/o Mrs. Jill Esogbue
10947 East 61st Street S
Apartment # 1746
Tulsa, OK 74133