# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**AMBROSE O. ESOGBUE,**                                        )
                                                              )
                              Plaintiff,                      )
                    v.                                        )     Civil Action No. 06-1895 (RMC)
                                                              )
**DEPARTMENT OF HOMELAND SECURITY,**                          )
                                                              )
                         and                                 )
                                                              )
**IMMIGRATION AND CUSTOMS ENFORCEMENT,**                      )
                                                              )
                    Defendants.                               )
_____              )

### Certificate of Service

I hereby certify that I caused a copy of the foregoing Defendants' Reply to Plaintiff's

Opposition to Defendants' Motion to Dismiss, and attached exhibits, to be served upon *pro se*

Plaintiff by first class mail addressed to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10964 East 61st Street S
Apartment # 1724
Tulsa, OK 74133

on this 6th day of July, 2007.

                                        Respectfully submitted,


                                         /s Sherease Louis
                                        SHEREASE LOUIS
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.,
                                        Washington, D.C.  20530
                                        202-307-0895/ FAX 202-514-8780
                                        sherease.louis@usdoj.gov