United States District Court
For the District o Columbia

Ambrose O. Esogbue,
Plantiff, Pro-se

Civil Case # 06-1895(RMC).

Vs.
Department of Homeland Security, et al.
Defendants.

---

Plaintiff's Motion to compel the defendants to mail future motions electronically to Plaintiffs email address at Ambrose_esogbue@yahoo.com.

---

   Now comes the plaintiff in the above-captioned cause, respectfully asks this honorable court to order the defendants to electronically mail future submissions to the plaintiff for the reasons, infra.
   On information, plaintiff is informed that a latest submission from the defendants was received, with a deadline of June the 28, 2007, was wrongly mailed to a different address, reaching the plaintiffs U.S. address after the deadline.
   Hitherto the plaintiff is yet to receive or see the submission.
   For the convenience of the defendants, plaintiff has provided his email address as follows :Ambrose_esogbue@yahoo.com.
   Plaintiff respectfully asks this honorable court in the interest of fairness and judicial economy to compel the defendants to submit all future motions electronically to plaintiff
 Court is further asked to compel the defendants to resubmit the motion in question electronically to the plaintiff and disregard the alleged deadline.
   Executed on this the 2nd. Day of July 2007.
   Respectfully submitted:

   BY: _Ambrose O. Esogbue_
       Ambrose O. Esogbue, Plaintiff
   C/o Mrs. Jill M. Esogbue
   10964E. 61st South, #1724
   Tulsa, OK 74133.

                    Certificate of service.
I hereby certify that the foregoing was mailed to the defendants via counsel at: U.S. Attorney's office, civil division, 555 4th. Street N.W., Washington D.C. 20530.
   Executed on this the 2nd day of July, 2007.
   Respectfully submitted,

   BY: _Ambrose O. Esogbue_
       Ambrose O. Esogbue, Plaintiff, Pro-se

**RECEIVED**
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT