UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,**<br><br>            Plaintiff,<br><br>      v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1895 (RMC)<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO MAIL
FUTURE MOTIONS ELECTRONICALLY TO PLAINTIFF'S EMAIL ADDRESS**

Federal Defendants, Department of Homeland Security, and Bureau of Immigration and Customs Enforcement ("ICE"), by its undersigned attorneys, respectfully oppose the Plaintiff's motion, which requests the Court to compel the Defendants to resubmit their June 28, 2007 filing, and mail all future motions, electronically to Plaintiff's personal yahoo email address.  The motion further requests that the Court compel the Defendants to disregard the Court's June 28, 2007 deadline.  For the reasons that follow, Plaintiff's motion should be denied.

**APPLICABLE LAW**

LCVR  5.4(e)(1) requires that a  *pro se* plaintiff "must be served with documents in paper form, unless the *pro se* party has obtained a CM/ECF password."  The procedure for obtaining an CM/ECF password are spelled out in  LCVR 5.4(b)(2), which provides

> A *pro se* party may obtain a CM/ECF password from the Clerk with leave of Court.  Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned.  To obtain leave of Court, the *pro se* party must file a written motion entitled "motion for CM/ECF Password," describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis.  If leave of Court is granted, the *pro se* party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password.

LCVR 5.4(b)(2). Thus, unless and until the Plaintiff obtains a CM/ECF password, Defendants are required to serve Plaintiff in paper form. Under Rule 6, a party who is served by paper format receives an additional three days to file a response. Fed. R. Civ. P. 6(e).

### ARGUMENT

As grounds for his request, Plaintiff, a *pro se* detainee who was deported to his native country of Nigeria on December 12, 2006, on criminal grounds, complains that he did not receive Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss ("Reply") on the June 28, 2007 filing deadline. However, the Federal and Local Rules only require that a document be *filed* by a deadline, not that a Plaintiff who has not obtained a CM/ECF password *receive* the filing by a deadline. That is why Plaintiff receives an additional three days to respond under Rule 6. *See* Fed. R. Civ. P. 6(e). It is not Defendants' obligation to serve Plaintiff electronically when Plaintiff has failed to follow the Court's requirements for receiving service electronically.

Additionally, Defendants only filed a motion for extension of time on June 28, 2007. *See* Dkt. Entry 21. Defendants' Reply was not filed until July 6, 2007. *See* Dkt. Entry 22. Defendants' note that the motion for extension of time was erroneously mailed to Plaintiff's earlier designated address of 10947 East 61st Street South, Apt. 1746, Tulsa, Ok 74133, rather than Plaintiff's then-current designated address of 10964 East 61st Street South, Apt. 1724, Tulsa Ok , 74133, and apologizes for the oversight and any delay that occurred in receiving a copy of the motion for an extension of time to respond. However, Defendants' Reply was mailed to the correct address, 10964 East 61st Street South, Apt. 1724, Tulsa Ok , 74133, on July 6, 2007, the same date it was filed. *See* Dkt. Entry 23, Notice of Amended Certificate of Service. Therefore, Plaintiff has not demonstrated unfairness to him in terms of timely receiving Defendants' Reply.

**CONCLUSION**

    As Plaintiff has failed to follow the rules for receiving service electronically, and cannot demonstrate unfairness or prejudice in being served by paper format, Plaintiff's motion to compel Defendants to resubmit their June 28, 2007 filing, mail all future motions electronically to Plaintiff's personal yahoo email address, and disregard the Court's June 28, 2007 filing deadline, should be denied.

                                         Respectfully submitted,

                                            Jeffrey A. Taylor  
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610  
                                      United States Attorney

                                          Rudolph Contreras  
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122  
                                      Assistant United States Attorney

                                          s/Sherease Louis  
                                      SHEREASE LOUIS  
                                      Special Assistant United States Attorney  
                                      United States Attorney's Office  
                                      555 4th Street, N.W.  
                                      Washington, D.C. 20530  
                                      (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.***,** )<br>)<br>Defendants. )<br>)  | Civil Action No. 06-1895 (RMC) |

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Opposition to Motion to Compel to Defendants to Mail Future Motions Electronically to Plaintiff's Email Address, and proposed Order, to be served upon *pro se* plaintiff by first class mail addressed to:

**AMBROSE O. ESOGBUE**
c/o Mrs. Jill Esogbue
10964 East 61st Street S
Apartment # 1724
Tulsa, OK 74133

on this 18th day of July, 2007.

                                                  Respectfully submitted,

                                                    /s Sherease Louis
                                                  SHEREASE LOUIS
                                                  Special Assistant United States Attorney
                                                  555 Fourth St., N.W.,
                                                  Washington, D.C.  20530
                                                  202-307-0895/ FAX 202-514-8780
                                                  sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMBROSE O. ESOGBUE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1895 (RMC) |

**ORDER**

UPON CONSIDERATION OF the accompanying Opposition to Plaintiff's Motion to Compel Defendants to Mail Future Motions Electronically to Plaintiff's Email Address, it is, hereby,

**ORDERED** that Plaintiff's Motion to Compel is **DENIED.**

**SO ORDERED**.

July ___, 2007.                                   _____
                                                  ROSEMARY M. COLLYER
                                                  UNITED STATES DISTRICT COURT JUDGE