UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMBROSE O. ESOGBUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1895 (RMC) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### TRANSFER ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that this civil action is **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana; and it is

**FURTHER ORDERED** that resolution of defendants' dispositive motion is left to the transferee court.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date:   September 6, 2007